■ MARIA CZECH et al., Respondents, v NEW YORK CITY TRANSIT AUTHORITY, Appellant, et al., Defendant. [747 NYS2d 389]

The jury award of $1,500,000 to the injured plaintiff for future pain and suffering deviates materially from what would be reasonable compensation to the extent indicated herein (*see* CPLR 5501 [c]; *see generally Van Ness v New York City Tr. Auth.,* 288 AD2d 374; *Gabor v Goolnick,* 288 AD2d 432).

The award of $100,000 to the injured plaintiff's husband, Leslaw Czech, deviates materially from what would be reasonable compensation to the extent indicated herein (*see* CPLR 5501 [c]; *see generally Palmieri v Long Is. Jewish Med. Ctr.,* 221 AD2d 511; *Lengares v B & A Warehousing,* 216 AD2d 273; *Kim v Cohen,* 208 AD2d 807).

The appellant's remaining contentions are without merit. Florio, J.P., O'Brien, Krausman and Luciano, JJ., concur.